# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT SANDRELLI                                                                                           PETITIONER
ADC #155909

v.                                                 5:17CV00163-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                 RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Sandrelli's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

2. A certificate of appealability will not be issued.

Dated this 12th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1