# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROBERT SANDRELLI                                                          PETITIONER
ADC #155909

v.                                    5:17CV00163-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 12th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1